```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| GEORGE CREAM,<br><br>      Plaintiff,<br><br>   v.<br><br>COUNTY,<br><br>      Defendant. | Civil Action<br>No. 16-6881 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff George Cream seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

   Plaintiff did not submit a complete application as several sections are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

   An appropriate order follows.

**November 28, 2016**                    s/ Jerome B. Simandle
Date                                     JEROME B. SIMANDLE
                                         Chief U.S. District Judge